

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00267-CR

## IN RE SANTIAGO DELGADO

## MEMORANDUM OPINION

The petition for writ of mandamus is denied, and the motion for emergency relief is dismissed as moot.

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied; motion for emergency relief dismissed as moot
Opinion delivered and filed August 17, 2009
Do not publish
[CR25]